NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1115
(Serial No. 76/665,046)

IN RE THE LEX GROUP VA

Appeal from the United States Patent and Trademark Office,
Trademark Trial and Appeal Board.

ON MOTION

ORDER

Upon consideration the appellant's unopposed motion for leave to file an amended reply brief,

IT IS ORDERED THAT:

The motion is granted. If the amended reply brief has not yet been filed, it is due within 14 days of the date of filing of this order.

FOR THE COURT

MAY 0 3 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Edward A. Pennington, Esq.
Raymond T. Chen, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 3 2010

JAN HORBALY
CLERK